Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▼

Pikeville Division

Eastern District of Kentucky
FILED
MAY 03 2022
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Steven Douglas Belcher

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 7:22-cv-39-GFVT

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [4] Yes [ ] No

─────────────────────────────
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Johnson County Kentucky Sheriffs Department
Doug Saylor, Johnson County Sheriff
Roger Workman Jr., Deputy Sheriff/Court Bailiff
Compliant Technologies
─────────────────────────────
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Steven Douglas Belcher |
| Address | 221 4th Street |

| City | State | Zip Code |
|---|---|---|
| Paintsville | KY | 41240 |

| | |
|---|---|
| County | Johnson |
| Telephone Number | 606-367-9921 |
| E-Mail Address | grimjeeper68@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Johnson County Sheriffs Department |
| Job or Title *(if known)* | |
| Address | 339 Main Street |

| City | State | Zip Code |
|---|---|---|
| Paintsville | KY | 41240 |

| | |
|---|---|
| County | Johnson |
| Telephone Number | 606-789-3411 |
| E-Mail Address *(if known)* | johnson.so.ky@gmail.com |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Doug Saylor |
| Job or Title *(if known)* | Sheriff, Johnson County Kentucky |
| Address | 339 Main Street |

| City | State | Zip Code |
|---|---|---|
| Paintsville | KY | 41240 |

| | |
|---|---|
| County | Johnson |
| Telephone Number | 606-789-3411 |
| E-Mail Address *(if known)* | johnson.so.ky@gmail.com |

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Roger Workman Jr. |
| Job or Title *(if known)* | Deputy/Court Bailiff, Johnson County Sheriffs Department |
| Address | 339 Main Street |
| | Paintsville |

| City | State | Zip Code |
|---|---|---|
| Paintsville | KY | 41240 |

| | |
|---|---|
| County | Johnson |
| Telephone Number | 606-789-3411 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    [4] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Compliant Technologies |
| Job or Title *(if known)* | |
| Address | P.O. Box 24714 |

| City | State | Zip Code |
|---|---|---|
| Lexington | KY | 40524 |

| | |
|---|---|
| County | Fayette |
| Telephone Number | 859-447-0576 |
| E-Mail Address *(if known)* | info@complianttechnologies.net |

☐ Individual capacity    [4] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

[4] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of my 8th Amendment rights... the part specific to "cruel and unusual punishment" is applicable.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Johnson County *Justice Center
Paintsville, KY

B.   What date and approximate time did the events giving rise to your claim(s) occur?

February 3rd, 2020 @ 10am (start of morning docket)

C.   What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I was tased, while seated.
I was shackled at wrists, ankles, and waist.
My name was called. I tried to stand.
As I was attempting to stand, Deputy Workman grabbed my arm and tased me with the gloves he was wearing.
I was doing NOTHING to warrant being tased.

Judge Butcher noticed the second it happened, as did the Johnson County Attorney, Michael Endicott and 24th Circuit Commonwealth's detective Edward Hazelette, who found such hilarity in the occurance, they had to remove themselves from the courtroom so their laughter wouldn't disturb the court proceedings any further... and there were a roomful of people present.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

When event occurred, I was currently under the care of a physician for a right arm/shoulder injury in which I was awaiting surgery to repair a torn bicep tendon; an injury which left me in constant pain and rendered my arm useless for months... this made THAT injury MUCH worse; because he tased my right bicep.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I wish for the court to grant me relief for the pain, suffering, and humiliation this singular incident has caused myself and my family, by association.

I wish for the court to ensure steps are put into place to see this type of event doesn't occur to anyone else.

I wish for the manufacturer to explain how unwarranted tasings can be prevented in the future.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    05/03/2022

Signature of Plaintiff

Printed Name of Plaintiff    Steven D. Belcher

221  4th  STREET    PAINTSVILLE, KY. 41240

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
| --- | --- | --- | --- |

Telephone Number

E-mail Address