```
Court Name: U S DISTRICT COURT EDKY
Division: 7
Receipt Number: 7006820
Cashier ID: tadkins
Transaction Date: 05/03/2022
Payer Name: Steven Douglas Belcher
-----------------------------------------
PLRA CIVIL FILING FEE
 For: Steven Douglas Belcher
 Case/Party: D-KYE-7-22-CV-000039-001
 Amount:          $402.00
-----------------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
-----------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

Belcher v. Johnson County Kentucky
Sheriffs Department, et al
```